COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TX. 78711

12-10-15

82,421-02,03,04,05
06

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta. Clerk

RE: NOTICE OF CHANGE OF ADDRESS, AND INQUIRY OF LAST CORRESPONDENCE.

DEAR CLERK;

THIS LETTER IS TO INFORM YOU THAT MY ADDRESS HAS CHANGED.

MY PREVIOUS ADDRESS

RODNEY KEVIN WILLIAMS SR.
HARRIS COUNTY SHERIFF'S OFFICE
SPN: 02212867
701 NORTH SAN JACINTO
HOUSTON, TX. 77002

MY CURRENT ADDRESS

RODNEY KEVIN WILLIAMS SR.
ROBERTSON UNIT / # 1635827
12071 F.M. 3522
ABILENE, TX. 79601

ALL FUTURE MAIL SHOULD BE SENT TO THE ABILENE, TEXAS ADDRESS. ALSO, THE LAST LETTER I RECEIVED FROM THIS COURT WAS THE LETTER WHEREIN THE COURT OF CRIMINAL APPEALS ORDERED THE HARRIS COUNTY DISTRICT CLERK TO FORWARD TO THEM MY SUPPLEMENTAL RECORD, DATED SEPTEMBER 18, 2015. AS YOU MAY KNOW, THE PROCESS OF MOVEMENT IN T.D.C.J. CAN TAKE SEVERAL WEEKS, AS IT HAS IN MY CASE. I FEAR I MAY HAVE MISSED IMPORTANT CORRESPONDENCE. IF THE COURT TRANSMITTED ANY LETTERS TO ME AFTER SEPTEMBER 18, 2015, I DID NOT RECEIVE THEM, COULD YOU PLEASE FORWARD THEM TO MY CURRENT ADDRESS. THANK YOU GREATLY FOR YOUR TIME.

*Rodney Kevin Williams Sr.*

RODNEY KEVIN WILLIAMS SR.
ROBERTSON UNIT / # 1635827
12071 F.M. 3522
ABILENE, TX. 79601

P.S. MY COURT OF CRIMINAL APPEALS WRIT NUMBERS, ARE
WR - 82,421-02 ; -03 ; -04 ; -05 ; -06

MY TRIAL CASE NUMBERS ARE
1224792-A ; 1224794-A ; 1255821-A ; 1231935-A ; 1225681-A